IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DOUGLAS B. STALLEY, on behalf of
the United States of America**                            **PLAINTIFF**

**v.**                 **3:06CV00093-WRW**

**TRIAD HOSPITALS, INC.,** *ET AL.*                           **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff Douglas B. Stalley, should be, and hereby are, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of November, 2006.

                                                 /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE